IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 01-cv-01728-ZLW-BNB

US BANK, NATIONAL ASSOCIATION,

    Plaintiff,

v.

JULIE A. MABRY, and
GEORGE R. MABRY, JR., individually,

    Defendants.

---

## ORDER OF DISMISSAL

---

Pursuant to and in accordance with the Order To Show Cause (Doc. 76) entered on November 7, 2007, it is

ORDERED that the Complaint and cause of action are dismissed without prejudice.

DATED at Denver, Colorado, this __30__ day of November, 2007.

               BY THE COURT:

               *[signature]*
               ZITA L. WEINSHIENK, Senior Judge
               United States District Court